# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| ELIAS AND MICHAELA ROBINSON, |  |
|---|---|
| Plaintiff, |  |
| vs. |  |
| ALASKA HOUSING FINANCE CORP., et al., | Case No. 3:14-cv-00167-TMB |
| Defendants. |  |

## ORDER OF DISMISSAL

Elias and Michaela Robinson, representing themselves, filed a Complaint under the Civil Rights Act, 42 U.S.C. § 1983, and an Application to Waive the Filing Fee under 28 U.S.C. § 1915.[1] The Court reviewed the Complaint as required under § 1915(e)(2)(B), and dismissed Alaska Housing Finance Corp., with prejudice, as immune from relief under § 1915(e)(2)(B)(iii).[2] The Court also explained the concepts of claim and issue preclusion,[3] and ordered as follows:

> The Robinsons must file a Response to Order to Show Cause, on the enclosed Court form, on or before **November 6, 2014**. In the Response, the Robinsons must list the claims filed in the Superior Court for the State of Alaska in *Robinson v. AHFC*, 3AN-10-11689CI. They must also attach a copy of (1) the Notice of Appeal and Statement of Points on Appeal (both filed on or about October 22, 2010);[4] (2) the Stipulation and Order of Dismissal with Prejudice

---

[1] Dockets 1, 3.

[2] Docket 5 at 7.

[3] *Id.* at 4-6.

[4] *Robinson v. AHFC*, 3AN-10-11689CI at http://www.courtrecords.alaska.gov/eservices:

(filed on or about September 8, 2011);[5] and (3) the Superior Court's orders granting the stipulated dismissal with prejudice (issued on or about September 12, 2011).[6]

The Robinsons were warned that, if they "fail[ed] to comply, this case will be dismissed without further notice."[7] To date, the Robinsons have failed to comply with the Order.

**IT IS THEREFORE ORDERED**:

1.  This case is DISMISSED without prejudice.

2.  Any outstanding motions are DENIED.

3.  The Clerk of Court is directed to enter a Judgment in this case.

DATED at Anchorage, Alaska this 16th day of December, 2014.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

---

"10/22/2010 Notice of Appeal (from Admin. Agency) Goriune Dudukgian (Attorney) on behalf of Elias Robinson (Appellant)

10/22/2010 Statement of Points on Appeal Goriune Dudukgian (Attorney) on behalf of Elias Robinson (Appellant)"

[5] *Robinson v. AHFC*, *supra*:

"09/08/2011 Stipulation and Order For Dismissal of Appeal With Prejudice Attorney: Clement, Jonathan (0501001) Filing Party: Robinson, Elias; Alaska Housing Finance Corporation Case Motion #6"

[6] Docket 5 at 7, and footnote 25, citing the following: *Robinson v. AHFC*, *supra*:

"09/12/2011 Order on Stipulation for Dismissal of Appeal With Prejudice Case Motion #6: Stipulation and Order For Dismissal of Appeal With Prejudice

09/12/2011 Order Granting Motion Case Motion #4: Stipulation and Order for Withdrawal of Attorney (stipulation between appellant and his counsel)

09/12/2011 Dismissed by Stipulation or Unopposed Motion"

[7] Docket 5 at 8.